UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-80092-Civ-MATTHEWMAN

COMMODITY FUTURES TRADING
COMMISSION,

      Plaintiff,

v.

RAJIV PATEL, a/k/a RAVI PATEL, a/k/a
RAJ PATEL, and BLUPRINT LLC,

      Defendants.
_____/

### ORDER DISMISSING SOLELY DEFENDANT RAJIV PATEL FROM THIS CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff Commodity Futures Trading Commission's ("Plaintiff") Notice of Voluntary Dismissal ("Notice"). [DE 80]. The Notice advises the Court that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntarily dismisses Defendant Rajiv Patel, a/k/a Ravi Patel, a/k/a Raj Patel from this litigation, without prejudice.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's claims against Defendant Rajiv Patel, a/k/a Ravi Patel, a/k/a Raj Patel are **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of Court shall **TERMINATE** Defendant Rajiv Patel as a named party in this matter.

1

**DONE and ORDERED** in Chambers this 1st day of November 2022, at West Palm Beach, Palm Beach County in the Southern District of Florida.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge